IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SHIRLEY A. STEWART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:15-cv-01362 |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion to Enlarge Time to Respond to Defendant's 12(B)(6) Motion to Dismiss and Summary Judgment. It is hereby

ORDERED that Plaintiff's motion is GRANTED and this case is continued for hearing until April 8, 2016, to allow Plaintiff additional time to respond.

*/s/ Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 28, 2016